UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Catherine Foster, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>Ring, LLC, a Delaware limited liability corporation,<br><br>          Defendant. | Case No. 8:21-cv-00444<br><br>**NOTICE OF RELATED CASES** |

**NOTICE OF RELATED CASES**

Pursuant to Local Rule 83-1.3, Plaintiff Catherine Foster, individually and on behalf of all others similarly situated, hereby provides notice of related case currently pending in the Central District of California. Such case arises from the same or a closely related transaction, happening, or event as this case presently before this Court, call for determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges:

*In re Ring LLC Privacy Litigation*, Civ. No. 2:19-cv-10899-MWF-RAO (C.D. CAL.)

Based on the foregoing, Plaintiff respectfully submits that the present action qualifies for related case transfer.

Dated: March 10, 2021

DEVLIN LAW FIRM, LLC

By: */s/ Deepali A. Brahmbhatt*
Deepali A. Brahmbhatt
Email: dbrahmbhatt@devlinlawfirm.com
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone:  (650) 254-9805

Timothy Devlin (*pro hac vice* pending)
Email: tdevlin@devlinlawfirm.com
Robert Kiddie (*pro hac vice* pending)
Email: rkiddie@devlinlawfirm.com
Robyn Williams (*pro hac vice* pending)
Email: rwilliams@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

*Attorneys for Plaintiff,
Catherine Foster, on behalf of herself and all others similarly situated*

1

**NOTICE OF RELATED CASES**